

SO ORDERED,

*Selene Maddox*

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE: MICHAEL G. HARRIS, II                    CASE NO: 19-13639-SDM

| | |
|---|---|
| **OXFORD UNIVERSITY BANK** | **PLAINTIFF** |
| VS. | **ADVERSARY NO.: 19-01069-SDM** |
| **MICHAEL G. HARRIS, II** | **DEFENDANT** |

### AGREED ORDER EXTENDING ANSWER DEADLINE

The Court being advised that Plaintiff Oxford University Bank ("Plaintiff") and Michael G. Harris ("Defendant"), by and through their respective counsel, have reached an agreement to extend the Defendant's time to answer or otherwise respond to Plaintiff's Complaint, it is therefore

ORDERED, ADJUDGED AND DECREED that the Defendant's time to answer or otherwise

respond to Plaintiff's Complaint is hereby extended until January 31, 2020.

**SUBMITTED BY:**

/s/ William F. Schneller
William F. Schneller (MSB #6559)
Jones & Schneller, PLLC
Post Office Box 417
Holly Springs, MS 38635
Phone: (662)252-3224
Fax: (662) 252-2858
ATTORNEY FOR PLAINTIFF

**AGREED TO:**

David E. Rozier, Jr.
Rozier Law Firm PLLC
2091 Old Taylor Road, Suite 101
P.O. Box 2388
Oxford, MS 38655
662-234-0065
Fax : 662-234-3007
Email: dave@rozierlawfirm.com
ATTORNEY FOR DEFENDANT