CM/ECF hrg5resp
Rev. 07/28/17)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In Re:  Michael G Harris, II<br>         Debtor(s) | ) <br> ) <br> ) <br> ) <br> ) | Case No.: 19−13639−SDM<br>Chapter: 7 |
| Oxford University Bank<br>Plaintiff(s)<br>    vs.<br>Michael G Harris II<br>Defendant(s) | ) <br> ) <br> ) <br> ) <br> ) | Adversary Proceeding No.:<br>19−01069−SDM |

PLEASE TAKE NOTICE that a hearing will be held at:

Greenville Federal Building, 305 Main Street, Greenville, MS 38701

on 4/8/20 at 10:00 AM

Responses Due: 3/17/20

to consider and act upon the following:

*13* − Response to Affirmative Defenses and Counter−Claim, Motion to Dismiss Counter−Claim and Motion to Dismiss Crossclaim−Defendant Filed by William F. Schneller on behalf of Oxford University Bank (RE: related document(s)9 Answer to Complaint filed by 3rd Party Plaintiff Michael G Harris, Defendant Michael G Harris, Counterclaim, Third−Party Complaint). (Schneller, William) Modified text on 2/20/2020 (Barker, Carrie).

* The Court will consider the Plaintiff's Motion to Dismiss Counter-Claim and Motion to Dismiss Third Party Defendants at the hearing.

Should any party receiving this notice respond or object to said motion such response or objection is required to be filed with the Clerk of this court and served on the Attorney for Movant on or before said response due date. If any objection or response is filed, an evidentiary hearing will be held on the above mentioned date regarding any facts not stipulated to by the parties. If no objection or response is filed, the Court may consider said motion immediately after the objection or response due date.

Dated: 2/20/20

Shallanda J. Clay
Clerk, U.S. Bankruptcy Court

BY: LLG
    Deputy Clerk