## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:  MICHAEL G. HARRIS, II | CASE NO. 19-13639-SDM |
| OXFORD UNIVERSITY BANK | PLAINTIFF-COUNTER DEFENDANT |
| VS. | ADVERSARY NO. 19-01069-SDM |
| MICHAEL G. HARRIS, II | DEFENDANT-COUNTER PLAINTIFF THIRD PARTY PLAINTIFF |
| AND JIM CASSIDY CONSTRUCTION, LLC AND JIM CASSIDY, INDIVIDUALLY | THIRD PARTY DEFENDANTS |

---

### NOTICE OF SERVICE
---

PLEASE TAKE NOTICE that Michael G. Harris, II, has this day served upon counsel for all parties via electronic mail a copy of his Response to Request for Admissions contained in the Certificate of Service below.  Counsel for the Defendant has retained the original of these responses to Request for Admissions.

Respectfully submitted, this the 17th day of March, 2020.

    Michael G. Harris, II
    */s/ David E. Rozier, Jr.*
    David E. Rozier, Jr. (MSB #5712)
    Rozier Law Firm, PLLC
    2091 Old Taylor Road, Ste. 101
    PO Box 2388
    Oxford, MS  38655
    Telephone:    662.234.0065
    Facsimile:      662.234.3007
    Email:            dave@rozierlawfirm.com
                      jhicks@rozierlawfirm.com

**CERTIFICATE OF SERVICE**

        I, the undersigned, one of the attorneys for Michael G. Harris II, do hereby certify that I have this day filed the foregoing pleading via ECF, which sent notice of such filing to the following:

Jeffrey A. Levingston
jleving@bellsouth.net, MS01@ECFCBIS.com

William F. Schneller on behalf of Plaintiff Oxford University Bank
wschneller@gmail.com, jones.schneller@gmail.com, jhhurdle13@gmail.com

U. S. Trustee
USTPRegion05.AB.ECF@usdoj.gov

Larry O. Lewis
larrylewislaw@bellsouth.net

This the 17th day of March, 2020.

                                                       */s/ David E. Rozier, Jr.*