CM/ECF ostp
(Rev. 01/04/17)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In Re: Michael G Harris, II<br>Debtor(s) | ) <br> ) <br> ) <br> ) <br> ) | Case No.: 19−13639−SDM <br> Chapter: 7 |
| Oxford University Bank <br> Plaintiff(s) <br>   vs. <br> Michael G Harris II <br> Defendant(s) | ) <br> ) <br> ) <br> ) <br> ) | Adversary Proceeding No.: <br> 19−01069−SDM |

## ORDER FOR SUBMISSION OF STIPULATION AS TO TIME NEEDED FOR DISCOVERY

All parties or their attorneys shall confer and file with the court within 14 days from the date of entry of this order a stipulation setting forth a proposed deadline for completion of discovery. Pursuant to Fed. R. Civ. P. 16, made applicable by Fed. R. Bankr. P. 7016, this Court will then enter a scheduling order in the above−captioned adversary proceeding.

After the entry of said scheduling order, extensions of the discovery period will be allowed only by order of this Court.

Dated and Entered: 8/20/20

Selene D. Maddox
Judge, U.S. Bankruptcy Court

CM/ECF ostp1
(Rev. 01/04/17)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In Re:  Michael G Harris, II<br>    Debtor(s) | )<br>)<br>)<br>)<br>) | Case No.: 19−13639−SDM<br>Chapter: 7 |
| Oxford University Bank<br>Plaintiff(s)<br>  vs.<br>Michael G Harris II<br>Defendant(s) | )<br>)<br>)<br>)<br>) | Adversary Proceeding No.:<br>19−01069−SDM |

## **STIPULATION**

It is hereby stipulated and agreed by the parties in the above captioned adversary proceeding that all discovery shall be completed on or before the _____ day of _____, 20____.

The parties further stipulate and agree that the initial disclosure provisions of Fed. R. Civ. P. 26(a)(1)−(3), and the initial conference of the parties required by Fed. R. Civ. P. 26(f), made applicable by Fed. R. Bankr. P. 7026, ( )shall ( ) shall not apply in this adversary proceeding.

The parties ( ) consent ( ) do not consent to entry of final judgment as to all claims by a United States Bankruptcy Judge.

A pre−trial conference is ( ) requested ( ) waived.

This _____ day of _____, 20_____.

_____
ATTORNEY FOR PLAINTIFF.

_____
ATTORNEY FOR DEFENDANT.