CM/ECF ostp1
(Rev. 01/04/17)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In Re: Michael G Harris, II<br>Debtor(s) | ) ) ) ) ) | Case No.: 19-13639-SDM<br>Chapter: 7 |
| Oxford University Bank<br>Plaintiff(s)<br>vs.<br>Michael G Harris II<br>Defendant(s) | ) ) ) ) ) | Adversary Proceeding No.:<br>19-01069-SDM |

### STIPULATION

It is hereby stipulated and agreed by the parties in the above captioned adversary proceeding that all discovery shall be completed on or before the __31st__ day of __December__, 20__20__.

The parties further stipulate and agree that the initial disclosure provisions of Fed. R. Civ. P. 26(a)(1)-(3), and the initial conference of the parties required by Fed. R. Civ. P. 26(f), made applicable by Fed. R. Bankr. P. 7026, ( )shall (X) shall not apply in this adversary proceeding.

The parties (X) consent ( ) do not consent to entry of final judgment as to all claims by a United States Bankruptcy Judge.

A pre-trial conference is (X) requested ( ) waived.

This __31st__ day of __August__, 20__20__.

_____
ATTORNEY FOR PLAINTIFF.

_____
ATTORNEY FOR DEFENDANT.