CM/ECF schowpt
(Rev. 12/27/16)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In Re:  Michael G Harris, II | ) | Case No.: 19−13639−SDM |
| Debtor(s) | ) | Chapter: 7 |
| | ) | |
| | ) | |
| | ) | |
| | | |
| Oxford University Bank | ) | Adversary Proceeding No.: |
| Plaintiff(s) | ) | 19−01069−SDM |
| vs. | ) | |
| Michael G Harris II | ) | |
| Defendant(s) | ) | |

## SCHEDULING ORDER
## (WITH PRE−TRIAL CONFERENCE)

It appearing that a pre−trial conference will be conducted in this adversary proceeding; and it further appearing that the parties have submitted a stipulation for the terms and conditions of a proposed order controlling discovery matters in this adversary proceeding; it is

ORDERED:

1) That all discovery, including, *inter alia,* all evidentiary depositions, shall be completed not later than 12/31/20. Completion of discovery shall include all supplementation of responses to discovery procedures required by Fed. R. Civ. P. 26(e);

2) That all motions to amend or to join additional parties shall be filed not later than 1/14/21;

3) That all dispositive motions (including motions for summary judgment) shall be filed on or before 1/14/21. Any response to a dispositive motion shall be filed no later than 21 days after the dispositive motion was filed. Any reply to the response shall be filed no later than 14 days after the filing of the response;

4) That deadlines for completion of discovery, filing motions to amend or joining additional parties shall not be extended by agreement of the parties, but may be extended only by order of this Court; and

5) A final pre−trial conference shall be scheduled by the Court.

Dated and Entered: 9/1/20

Selene D. Maddox
Judge, U.S. Bankruptcy Court